U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| S.C. JOHNSON & SON, INC. and CONSULTORIA TÉCNICA E REPRESENTAÇÕES, LDA, v. THE DIAL CORPORATION | FILED: AUG 18, 2008<br>08 CV 4696<br>JUDGE NORGLE<br>MAGISTRATE JUDGE ASHMAN<br>RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sara Lee Corporation

| NAME (Type or print) |
|---|
| J. Andrew Hirth |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ J. Andrew Hirth |
| FIRM |
| Jenner & Block LLP |
| STREET ADDRESS |
| 330 N. Wabash Ave. |
| CITY/STATE/ZIP |
| Chicago, IL 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6294324 | 312-840-7418 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐