IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| S.C. JOHNSON & SON, INC. and CONSULTORIA TÉCNICA E REPRESENTAÇÕES, LDA, ) ) ) ) | |
| *Plaintiffs*, ) | Case No.08 CV 4696 |
|  ) | |
| *v.* ) | Judge Charles R. Norgle |
|  ) | |
| **THE DIAL CORPORATION**, ) ) | W.D.Wis Case No. 07-C-0689 |
| *Defendant.* ) | |

## NOTICE OF MOTION

TO:   John S. Skilton
   Michelle M. Umberger
   Christopher Hanewicz
   Lissa R. Koop
   Autumn Nero
   HELLER EHRMAN, LLP
   1 East Main St., Ste 201
   Madison, WI 53703
   *Counsel for S.C. Johnson & Son, Inc.,*
   *and Consultoria Téchnica E Representações, LDA*

   Stephen B. Judlowe
   Louis J. Virelli, J.
   Philip L. Hirschhorn
   Daniel P. Murphy
   MORGON, LEWIS & BLOCKIUS, LLP
   101 Park Ave.
   New York, NY 10178
   *Counsel for the Dial Corporation*

   Michael J Modl
   Steven M. Streck
   AXLEY BRYNELSON, LLP
   2 E. Mifflin St., Ste 200
   P.O. Box 1767 Madison, WI 53701
   *Counsel for the Dial Corporation*

PLEASE TAKE NOTICE that on August 29, 2008, at 10:30 a.m., we shall appear before the Honorable Charles R. Norgle and present the attached THIRD PARTY SARA LEE CORPORATION'S MOTION TO QUASH 30(b)(6) SUBPOENA, a copy of which is hereby served upon you.

8/20/08                                       Respectfully submitted,

                                              SARA LEE CORPORATION

                                              By:    s/ Steven R. Trybus
                                                     One of its Attorneys

                                                     Steven R. Trybus (# 6193419)
                                                     J. Andrew Hirth (# 6294324)
                                                     JENNER & BLOCK LLP
                                                     330 N. Wabash Avenue
                                                     Chicago, IL 60611
                                                     Telephone: 312 923-8307
                                                     Facsimile: 312 923-8407

## CERTIFICATE OF SERVICE

I certify that on August 20, 2008 a copy of the foregoing Notice of Motion was filed with the Court and served on the following counsel of record by U.S. mail and e-mail:

John S. Skilton
john.skilton@hellerehrman.com
Michelle M. Umberger
michelle.umberger@hellerehrman.com
Christopher Hanewicz
christopher.hanewicz@hellerehrman.com
Lissa R. Koop
lissa.koop@hellerehrman.com
Autumn Nero
autumn.nero@hellerehrman.com
HELLER EHRMAN, LLP
1 East Main St., Ste 201
Madison, WI 53703
*Counsel for S.C. Johnson & Son, Inc.,
and Consultoria Técnica E Representações, LDA*


Stephen B. Judlowe
sjudlowe@morganlewis.com
Louis J. Virelli, J.
lvirelli@morganlewis.com
Philip L. Hirschhorn
phirschhorn@morganlewis.com
Daniel P. Murphy
dmurphy@morganlewis.com
MORGON, LEWIS & BLOCKIUS, LLP
101 Park Ave.
New York, NY 10178
*Counsel for the Dial Corporation*

Michael J Modl
mmodl@axley.com
Steven M. Streck
sstreck@axley.com
AXLEY BRYNELSON, LLP
2 E. Mifflin St., Ste 200
P.O. Box 1767
Madison, WI 53701
*Counsel for the Dial Corporation*


  s/ J. Andrew Hirth
J. Andrew Hirth
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 840-7418
Facsimile: 312 840-7518