IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| S.C. JOHNSON & SON, INC. and <br> CONSULTORIA TÉCNICA E <br> REPRESENTAÇÕES, LDA, <br> <br> Plaintiffs, <br> <br> v. <br> <br> THE DIAL CORPORATION, <br> <br> Defendant. | ) <br> ) <br> ) <br> )   Case No. 08 CV 4696 <br> ) <br> )    Honorable <br> )    Charles R. Norgle <br> ) <br> ) <br> ) <br> ) <br> ) |

## REQUEST FOR THE CLERK OF COURT TO REFUND FILING FEE

On August 18, 2008, the undersigned e-filed a new case (Motion to Quash Subpoena) on behalf of Sara Lee Corporation. By error, a duplicate payment of $39.00 was made to pay.gov even though there was only one filing.

It was not our intention to pay for the filing twice and we request a refund of the duplicate filing fee of $39.00. The receipt numbers are as follows:

#1.) Receipt number 3030398: For this receipt number we did not receive the case filing as the filing was voided before it was filed, but after payment was accepted by pay.gov.

#2.) Receipt number 3030436: For this receipt number, we did receive a miscellaneous case filing and it was assigned case no. 08cv4696.

We respectfully request the Clerk of Court to refund the duplicate filing fee of $39.00 in reference to receipt number 3030398.

8/22/08

Respectfully submitted,

SARA LEE CORPORATION

By:   s/ Steven R. Trybus
      One of its Attorneys

Steven R. Trybus (# 6193419)
J. Andrew Hirth (# 6294324)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 923-8307
Facsimile: 312 923-8407