IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| S.C. JOHNSON & SON, INC. and CONSULTORIA TÉCNICA E REPRESENTAÇÕES, LDA, | ) ) ) ) |
| Plaintiffs, | ) Case No.08 CV 4696 ) ) Judge Charles R. Norgle ) |
| v. | ) Magistrate Judge Martin C. Ashman ) |
| THE DIAL CORPORATION, | ) W.D.Wis Case No. 07-C-0689 ) |
| Defendant. | ) ) |

## NOTICE OF MOTION

TO:   John S. Skilton
      Michelle M. Umberger
      Christopher Hanewicz
      Lissa R. Koop
      Autumn Nero
      HELLER EHRMAN, LLP
      1 East Main St., Ste 201
      Madison, WI 53703
      *Counsel for S.C. Johnson & Son, Inc.,*
      *and Consultoria Técnica E Representações, LDA*

      Stephen B. Judlowe
      Louis J. Virelli, J.
      Philip L. Hirschhorn
      Daniel P. Murphy
      MORGON, LEWIS & BLOCKIUS, LLP
      101 Park Ave.
      New York, NY 10178
      *Counsel for the Dial Corporation*

      Michael J Modl
      Steven M. Streck
      AXLEY BRYNELSON, LLP
      2 E. Mifflin St., Ste 200
      P.O. Box 1767 Madison, WI 53701
      *Counsel for the Dial Corporation*

PLEASE TAKE NOTICE that on September 9, 2008, at 10:30 a.m., we shall appear before the Honorable Martin C. Ashman and present the attached THIRD PARTY SARA LEE CORPORATION'S MOTION TO QUASH 30(b)(6) SUBPOENA, a copy of which is hereby served upon you.

8/29/08                                             Respectfully submitted,

                                                    SARA LEE CORPORATION

                                                    By:     s/ Steven R. Trybus
                                                            One of its Attorneys

                                                            Steven R. Trybus (# 6193419)
                                                            J. Andrew Hirth (# 6294324)
                                                            JENNER & BLOCK LLP
                                                            330 N. Wabash Avenue
                                                            Chicago, IL 60611
                                                            Telephone: 312 923-8307
                                                            Facsimile: 312 923-8407

## **CERTIFICATE OF SERVICE**

      I certify that on August 29, 2008 a copy of the foregoing Notice of Motion was filed with the Court and served on the following counsel of record by U.S. mail and e-mail:

John S. Skilton
john.skilton@hellerehrman.com
Michelle M. Umberger
michelle.umberger@hellerehrman.com
Christopher Hanewicz
christopher.hanewicz@hellerehrman.com
Lissa R. Koop
lissa.koop@hellerehrman.com
Autumn Nero
autumn.nero@hellerehrman.com
HELLER EHRMAN, LLP
1 East Main St., Ste 201
Madison, WI 53703
*Counsel for S.C. Johnson & Son, Inc.,*
*and Consultoria Técnica E Representações, LDA*

| | |
|---|---|
| Stephen B. Judlowe | Michael J Modl |
| sjudlowe@morganlewis.com | mmodl@axley.com |
| Louis J. Virelli, J. | Steven M. Streck |
| lvirelli@morganlewis.com | sstreck@axley.com |
| Philip L. Hirschhorn | AXLEY BRYNELSON, LLP |
| phirschhorn@morganlewis.com | 2 E. Mifflin St., Ste 200 |
| Daniel P. Murphy | P.O. Box 1767 |
| dmurphy@morganlewis.com | Madison, WI 53701 |
| MORGON, LEWIS & BLOCKIUS, LLP | *Counsel for the Dial Corporation* |
| 101 Park Ave. | |
| New York, NY 10178 | |
| *Counsel for the Dial Corporation* | |

                                                        s/ J. Andrew Hirth
                                                       J. Andrew Hirth
                                                       JENNER & BLOCK LLP
                                                       330 N. Wabash Avenue
                                                       Chicago, IL 60611
                                                       Telephone: 312 840-7418
                                                       Facsimile: 312 840-7518